UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN CRIMINAL CASES

The parties shall file all documents in this case electronically. Counsel must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Documents filed electronically must be filed in OCR text searchable PDF format.

3. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

All documents (including briefs and exhibits) relating to the following:

a.   Motions to dismiss;
b.   Motions to suppress;
c.   Requested jury instructions;
d.   Motions to modify presentence reports;
e.   Sentencing memoranda;
f.   Trial briefs; and
g.   Any other motion, request, or application which, taken together with all related filings (*e.g.*, memorandum in support and affidavits), are in excess of 15 pages.

It is So Ordered.

/s/ *Sarah F. Russell*
United States District Judge

Rev.1/6/25