AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America<br>v.<br>KONSTANTINOS DIAMANTIS | )<br>)<br>)<br>)<br>)<br>) | Case No.  3:25cr29 (SFR) |
| Konstantinos Diamantis<br>*Defendant* | ) | |

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
February 28, 2025
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KONSTANTINOS DIAMANTIS   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: 18 U.S.C. $ 1951  - Extortion
Count Two: 18 U.S.C. $ 666 (a) (1) (B) - Bribery
Count Three: 18 U.S.C. $ 1951 - Conspiracy to Commit Extortion
Count Four: 18 U.S.C. $ 371 - Conspiracy to Commit Bribery
Count Five through Eleven: 18 U.S.C. $ 1001 - False Statements
Count Fourteen: 26 U.S.C. $ 7206 (1) - Filing a False Tax Return

Date:   02/26/2025                                                       /s/AnnMarie Chartier
                                                                         *Issuing officer's signature*

City and state:   New Haven, Connecticut                                 AnnMarie Chartier, Deputy Clerk
                                                                         *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/26/2025 , and the person was arrested on *(date)* 2/28/2025
at *(city and state)* Bridgeport, CT .

Date: 2/28/2025                                              _____
                                                             *Arresting officer's signature*

                                                             Michael Macadlo, Special Agent
                                                             *Printed name and title*