UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
|    PLAINTIFF ) | |
| ) | 3:25-CR-00029-SRU |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA", ET AL ) | |
|    DEFENDANT ) | SEPTEMBER 10, 2025 |

_____

## MOTION TO CONTINUE TRIAL

The undersigned respectfully requests that this Court continue trial currently set to commence with jury selection on January 16, 2026. In support hereof, the undersigned represents as follows:

1. The instant case is one of two independent prosecutions of Mr. Diamantis by the Government. The first trial, in Docket Number: 3:24-cr-00108-SRU, is set to take place in October. Mr. Diamantis is the sole defendant in the October trial.

2. The Government charged Mr. Diamantis in a separate indictment in the instant case. Mr. Diamantis is charged with a co-defendant, Mr. Ziogas.

3. While the undersigned was out of the office during the summer of 2025, a member of his firm appeared at a pre-trial in the Judicial District of New

1

London and agreed to a schedule committing the undersigned to start evidence in a mural trial to commence on January 6, 2026, in New London.  Jury selection in that case is set to take place in November.  The case is captioned:  *State of Connecticut vs Atlantikh Balidemaj*.

4. As a result, undersigned trial counsel is currently scheduled to be in two places at once.

5. The Government does not object to a brief continuance, however, Mr. Ziogas, through counsel **DOES** object.

6. The undersigned nonetheless requests a continuance so that he can try the New London murder case.  That case is expected to last three or so weeks.

WHEREFORE, the undersigned requests a brief continuance of the January trial date.  He regrets the inconvenience caused by this scheduling issue.

>DEFENDANT,
>KONSTANTINOS DIAMANTIS, AKA "KOSTA"
>
>By:      /s/    Norman A. Pattis, Esq.
>Norman A. Pattis, Esq.
>PATTIS & PAZ, LLC
>383 Orange St., 1st Floor
>New Haven, CT  06511
>Tel:    203-393-3017
>Fax:    203-393-9745
>Email:  npattis@pattispazlaw.com
>Federal Bar No.:  ct13120

2

## CERTIFICATION

I hereby certify that on September 10, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  **/s/     Norman A. Pattis, Esq.**