UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA           ) | CRIMINAL NO. |
|         PLAINTIFF                                  ) | |
|                                                              ) | 3:25-CR-00029-SRU |
| VS.                                                      ) | |
|                                                              ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA"   ) | |
|         DEFENDANT                              ) | DECEMBER 1, 2025 |

_____

**MOTION TO WITHDRAW APPEARANCE**

The undersigned respectfully requests permission to withdraw pursuant to Connecticut Rules of Professional Conduct 1.16(b)(5). In support hereof, the undersigned represents as follows:

1. The undersigned represents Mr. Diamantis in an unrelated criminal matter that has gone to verdict. [**24-cr-00108 SRU**] Sentencing in that matter has been postponed pending the resolution of the instant case.

2. Mr. Diamantis has thus far not fulfilled his obligation as to services for the trial that has gone to verdict and has been warned that the undersigned will move to withdraw if the responsibility is not fulfilled.

3. The undersigned was prepared to try the instant case if the obligation arising under the 2024 had been fulfilled.

4.	Trial in the instant matter is set to commence with jury selection on January 30, 2025.

5.	The co-defendant in the instant case entered a plea of guilty late in November 2025. Mr. Diamantis is the sole defendant facing trial.

6.	The undersigned has informed the Government that this motion will be filed and is uncertain as to the Government's position on this motion.

7.	The undersigned is not requesting permission to withdraw from the 2024 matter as the prejudice to the trial would be significant.

8.	In the instant case, the undersigned contends it would be hardship to his firm to continue with representation to a second trial when the client's obligations arising under the first trial have yet to be fulfilled.

9.	Mr. Diamantis is expected to oppose this motion.

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

By:	     /s/    Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT  06511
Tel:	203-393-3017
Fax:	203-393-9745
Email:  npattis@pattispazlaw.com
Federal Bar No.:  ct13120

2

**CERTIFICATION**

I hereby certify that on December 1, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a copy has been mailed, via certified mail to:

Konstantinos Diamantis,
396 Meadow Rd.
Farmington, CT  06032

                                                             **/s/     Norman A. Pattis, Esq.**