# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
|    PLAINTIFF ) | |
| ) | 3:25-CR-00029-SRU |
| VS. ) | |
| ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" ) | |
|    DEFENDANT ) | DECEMBER 5, 2025 |

_____

## MOTION TO CONTINUE TRIAL

The undersigned respectfully requests permission to continue the trial currently scheduled to begin on January 30, 2026, for the following reasons:

1. The undersigned represents Mr. Diamantis in an unrelated criminal matter that has gone to verdict. [**24-cr-00108 SRU**] Sentencing in that matter has been postponed pending the resolution of the instant case.

2. On December 1, 2025, counsel filed a Motion to Withdraw as Appearance (Attorney) [**DE #63**]. The court has not yet acted upon said motion.

3. The undersigned does not know what the Government's position is on this motion.

4. Without the Defendant fulfilling his obligations, counsel cannot adequately represent the Defendant's interests at trial.

1

5. Proceeding to trial as currently scheduled would create a substantial hardship on the undersigned counsel and the firm.

WHEREFORE, counsel respectfully requests that this Court grant a continuance of the trial date and reset the matter to a later date convenient to the Court's calendar and grant such other and further relief as the Court deems just and proper.

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"

By:     /s/    Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT  06511
Tel:   203-393-3017
Fax:   203-393-9745
Email:  npattis@pattispazlaw.com
Federal Bar No.:  ct13120

**CERTIFICATION**

I hereby certify that on December 5, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, a copy has been mailed, via certified mail to:

Konstantinos Diamantis
396 Meadow Rd.
Farmington, CT  06032

                                                                                     **/s/    Norman A. Pattis, Esq.**