UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:25-CR-00029-SRU |
| | : | |
| v. | : | January 5, 2026 |
| | : | |
| Diamantis et al | : | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Assistant United States Attorney Paul Riley as attorney for the United States of America in the above-captioned case.

/s/
PAUL RILEY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
paul.riley@usdoj.gov
203-821-3700
Federal Bar No. phv208975

## **CERTIFICATE OF SERVICE**

    This is to certify that on this day, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                   */s/*
                                                 PAUL RILEY
                                               ASSISTANT UNITED STATES ATTORNEY