# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | 3:25-CR-00029-SRU |
| | ) | |
| VS. | ) | |
| | ) | |
| KONSTANTINOS DIAMANTIS, AKA "KOSTA" | ) | APRIL 20, 2026 |
| DEFENDANT | ) | |

_____

## MOTION TO CONTINUE TRIAL

Counsel for the defendant respectfully requests that the that the trial be continued for the reasons set forth herein:

1.      Jury Selection is scheduled to begin on Monday, April 27, 2026, with the trial to commence on April 28, 2026.

2.      Defendant respectfully requests that the trial be continued to at least September 1, 2026.

3.      Defendant hereby waives the speedy trial requirement.

4.      Defendant needs additional time to research potential issues and requests a continuance in the interest of justice.

1

DEFENDANT,
KONSTANTINOS DIAMANTIS, AKA "KOSTA"


By:        /s/    Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
171 Orange St., 2nd Floor
New Haven, CT  06511
Tel:    203-393-3017
Fax:    203-393-9745
Email:  npattis@pattispazlaw.com
Federal Bar No.:  ct13120


## CERTIFICATION

I hereby certify that on April 20., 2026, a copy of the foregoing was filed electronically.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                /s/    Norman A. Pattis, Esq.