# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

450 Main Street
Hartford, CT 06103
Phone: 860.240.3200
Fax: 860.240.3211

141 Church Street
New Haven, CT 06510
Phone: 203.773.2140
Fax: 203.773.2334

915 Lafayette Boulevard
Bridgeport, CT 06604
Phone: 203.579.5861
Fax: 203.579.5867

**Dinah Milton Kinney**
Clerk

**Monica Watson Cucchiarelli**
Chief Deputy Clerk

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, New Haven

**Joanne Pesta**
Division Manager, Bridgeport

**Michael Bozek**
Division Manager, Hartford

**Michelle Rynne**
Operations Analytics Manager and
Courthouse Construction Liaison

October 5, 2026

David E. Novick
157 Church St., 25th Floor
New Haven, CT 06510

Case: USA v Konstantinos Diamantis 3:24cr108 and 3:25cr29

Dear Counsel:

I am returning the bond package to you in the above-identified case. Kindly acknowledge receipt by signing and returning a copy of this letter to the New Haven Clerk's office at the address indicated at the top of this letter.

Sincerely,

Dinah Milton Kinney, Clerk

By: ***Melissa Ruocco***
Deputy Clerk

RECEIVED BY: ______________________ DATE: ______________

Rev. 6-11-24